UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL HAWKINS, et al.**

    **Plaintiffs,**

v.                                                                                                                 Case No: 5:20-cv-35-PRL

**UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER

Plaintiffs filed a motion pursuant to Rule 7.01 for entitlement to costs. (Doc. 66). Rule 7.01 addresses parties claiming attorney's fees and related non-taxable expenses. It appears from Plaintiffs' motion that they are seeking costs under Fed. R. Civ. P. 54, 28 U.S.C. § 2412, and 28 U.S.C. § 1920, which they cited to.

If Plaintiffs plan to seek costs under 28 U.S.C. § 2412 and 28 U.S.C. § 1920, they can file a bill of costs with supporting documentation. While the filing of a bill of costs doesn't require compliance with Rule 3.01(g), the parties are encouraged to confer about the costs they are seeking and discuss any disputed issues.

Plaintiffs' motion under Rule 7.01 (Doc. 66) is denied without prejudice. If the court misconstrued the motion and Plaintiffs do seek nontaxable expenses, they may file a new motion that includes a memorandum of law and complies with Rules 3.01(g) and 7.01.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on July 1, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties